# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT BRUEGGE, TRUSTEE

**CASE NO** 15-60352
**CHAPTER:** 7

vs

GREGORY WIZA

**DATE**: November 4, 2015
**PLACE**: Benton

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Steven Wallace         Appears

**COUNSEL FOR DEFENDANT**: Pro Se          Fails to Appear

**PROCEEDINGS:** 1) Objection to Application to Proceed in forma pauperis
2) Motion to Change Venue

**MINUTES OF COURT:**

Case is called for hearing on the trustee's Objection to Application Proceed in forma pauperis and Motion to Change Venue. No one appears on behalf of the debtor. The Motion to Change Venue is Granted. The trustee's Objection to Application to Proceed in forma pauperis is withdrawn.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**

# Notice Recipients

District/Off: 0754–6         User: tk              Date Created: 11/4/2015
Case: 15–60352–lkg          Form ID: pdf900       Total: 3

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion10.es.ecf@usdoj.gov
tr     Robert T Bruegge         rtbtrustee@lawdept.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Gregory Patrick Wiza    6401 181st St    Tinley Park, IL 60477

TOTAL: 1